AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>RILEY D. KASPER<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:22-mj-00064
Assigned To : Meriweather, Robin M.
Assign. Date : 3/15/2022
Description: Arrest Warrant with Complaint

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                               RILEY D. KASPER                               ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☒ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court
This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon to Inflict Bodily Injury,
18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. § 1752(a)(1) & (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(2) & (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(4) & (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings.

Date:      03/15/2022                                      2022.03.15 17:46:38 -04'00'
                                                              _____
                                                              *Issuing officer's signature*

City and state:           Washington, D.C.                 Robin M. Meriweather, U.S. Magistrate Judge
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/15/2022 , and the person was arrested on *(date)*  3/16/2022<br>at *(city and state)*      Ashland, Wisconsin          .<br><br>Date:      3/17/2022                                      _____<br>                                                              *Arresting officer's signature*<br><br>                                                              Justin Mosiman, Special Agent<br>                                                              *Printed name and title* |